# EXHIBIT "B"

## EMPLOYMENT AGREEMENT

**THIS EMPLOYMENT AGREEMENT is made** the 20th day of February 2019 BETWEEN **EMIGDIO ANTONIO DE GRACIA ALAÍN** of Panama (hereinafter referred to as "**The Employee**") AND **ADMIRAL MANAGEMENT INC.,** 80 Broad Street, Monrovia, Liberia (hereinafter referred to as **"The Company"**).

Whereas the Company agrees to employ the Employee and the Employee agrees to be employed by the Company in the capacity of **INVENTORY MANAGER** at the Company's private site known as CocoCay (Bahamas) ("CocoCay") pursuant to the terms and conditions provided below:

1. **Term of Agreement**

    The term of this Agreement shall commence on March 8, 2019 and end on March 7, 2020.

2. **Schedule of Work**

    In satisfaction of all vacation time and any other required days off per year, the Employee shall work on a leave cycle of four (4) months ON followed by two (2) months OFF. According to the requirements of the position, and at the sole discretion of the Company, this pattern may be varied from time to time but, in any event, the Employee shall be entitled to not less than one hundred twenty (120) days OFF during the term of this Agreement, or pro rata, inclusive of vacation and other time off. Employee understands that if he or she takes less than 120 days off in during the term of this Agreement (or pro rata portion thereof), he or she shall be paid at the end of the term for such unused time up to 120 days (or the applicable pro rata amount). Such payment shall be equal to Employee's daily rate (determined based upon his or her yearly salary divided by 365 days) times the number of unused days below 120 (or the applicable pro rata amount).

3. **Remuneration**

    i) Employee shall be paid a monthly salary of USD$          which will be paid monthly. The parties acknowledge that the amount of Employee's salary shall be inclusive of any overtime payments or vacation payments that may otherwise be prescribed by applicable law. The Company shall be responsible for all NIB contributions on behalf of the Company and the Employee. The Employee acknowledges and agrees that he or she shall be solely responsible for any tax obligations in their home country and agrees to indemnify the Company in the event authorities in their home country make any claims for taxes or social contributions for the Employee while employed by the Company under this Agreement.

ii) In addition to the compensation set forth in Section 3 i), INVENTORY MANAGER shall be eligible to receive a discretionary annual bonus of up to fifteen percent (15%) of INVENTORY MANAGER's annual compensation (          USD) upon performing and achieving success with all of his/her duties in a diligent and professional manner. The bonus will only be payable at the sole and unfettered discretion of the Company and is not guaranteed.

4. **Hours of Work**

The parties agree that Employee's hours of work may vary from day to day and at the sole discretion of the Company depending on whether a ship is in Port at the site or not. The Company agrees to schedule appropriate rest periods in accordance with applicable law.

5. **Sick Leave**

Employee shall be entitled to one (1) week of sick leave with pay. Sick leave is only to be taken when Employee is ill or otherwise incapacitated. Employee is required to contact their supervisor at least two (2) hours before scheduled to begin work to report any absence due to illness. Employee will not be required to produce a medical certificate for a single day of absence due to illness. Where three (3) consecutive days of sick leave or more is taken, Employee must, as soon as practicable and prior to returning to work, present his or her supervisor with a medical certificate to cover all the consecutive days of leave from the beginning. The employer reserves the right to waive the physician's certificate requirement. As required by law, the Company makes National Insurance contributions and will assist in recovering claims for illness through National Insurance or Private Medical Insurance coverage (if applicable).

In the event Employee suffers an illness or injury which occurs during the course and scope of their employment at the site, and requires repatriation to the Employee's home country for extended medical care and recovery, the Company shall pay sick pay at an amount to be determined by the Company based on the position held for a maximum period of 130 days after repatriation or until the Employee is declared to be fit for duty, whichever period is shorter.

6. **Compassionate Leave**

Employee will be eligible for early termination of this Agreement if he or she has suffered a death in his or her immediate family. Immediate family is considered to be spouse, children or parents. Employee shall be responsible for any costs of travel, if any, associated with the early termination. Employee shall be eligible for reassignment after the leave granted under these circumstances.

7. **Maternity Leave**

Employees shall be eligible for up to twelve (12) weeks' maternity leave after twelve (12) months of continuous service. Employees requesting maternity leave must provide the following:

(i) a certificate issued by a medical practitioner providing the expected date of the Employee's delivery in advance so the Company can prepare for the maternity leave; and

(ii) a certificate issued by a medical practitioner of a midwife providing the actual date of the Employee's delivery.

Employee shall be eligible for reassignment for a period of no later than 12 months after the date of delivery.

8. **Insurance**

The Employee is eligible to enroll in the Company's health plan. A booklet describing the benefits of the medical plan is available request. Employee shall be covered by Group Life and AD&D coverage provided by the Company.

9. **Retirement Plan**

The Company has a retirement plan available for Employees. The rights and benefits of Employees are specified in the terms and conditions of the plan. The Company reserves the right to amend and/or terminate the plan at any time.

10. **Termination/Severance Pay**

If Employee is terminated with notice, Employee will be entitled to the following:

| | |
|---|---|
| Employee has worked at least Six (6) months but less than twelve (12) months | One (1) weeks' notice or one (1) weeks' basic pay in lieu of notice (or a part thereof on a pro rata basis) for the period between six (6) months and twelve (12) months. |
| Employee has worked Twelve (12) months or more | Two (2) weeks' notice or two (2) weeks' basic pay (or a part thereof of on a pro rata basis) for each year up to twenty-four (24) weeks. |
| Supervisor/Manager | One (1) months' notice or one month's basic pay in lieu of notice; and one (1) months' basic pay (or a part thereof on a pro rate basis) for each year up to forty-eight (48) weeks. |

Further, an Employee is not to terminate his/her employment until the expiration of two (2) weeks' notice to the employer if the period of employment is one (1) year of more but less than two (2) years; and four (4) weeks' notice to the employer of the period of employment is two (2) years or more.

If Employee is severed summarily, for cause, the Company is under no obligation to serve notice or pay in lieu of notice.

11. **Disciplinary Procedures**

Disciplinary breaches are either Minor or Major.

(i) **Minor Disciplinary Breach**

| Step 1 | A verbal warning will be given to Employee and the same will be recorded in Employee's personnel file. |
|---|---|
| Step 2 | 1st written warning will be issued to Employee and the same will be recorded in Employee's personnel file. |
| Step 3 | 2nd and final written warning will be issued to Employee and the same will be recorded in Employee's personnel file. |
| Step 4 | Suspension and/or Dismissal. |

(ii) **Major Disciplinary Breach**

Major Disciplinary Breaches by the Employee entitle the Company to terminate the Employee for cause without pay and without notice. These major breaches include but are not exhaustive:

- theft;
- fraudulent offences;
- dishonesty;
- gross insubordination or insolence;
- gross indecency;
- breach of confidentiality, provided that this ground shall not include a good faith report made to a law enforcement agency or to a government regulatory department or agency;
- gross negligence;
- incompetence;
- gross misconduct; and
- sexual assault or harassment and sexual advances to guests or other employees.

12. **Grievances**

All work-related grievances must be identified by the Employee within seven (7) days of the occurrence of an incident. The following steps must be followed:

(i) the grievance should be brought to the attention of the immediate supervisor within seven (7) days and should be first discussed between the Employee and the supervisor; and

(ii) failing the satisfactory resolution of the incident between the Employee and the supervisor, either party may request a review with the HR Manager and the Site Manager.

13. **Other Policies/General & Human Resources Policies & Procedures Manual**

You are required to adhere to all other policies and procedures provided by the Company. Any change or addition to the policies will be communicated to you.

14. **Work Authorization**

Employment is subject to the requirements of the Immigration and Work Permit Laws of The Commonwealth of the Bahamas. This will require proper verification of citizenship or legal right to work in The Bahamas prior to or during your employment. In the event Employee's work permit is revoked, suspended or otherwise becomes invalid for any reason, the Company reserves the right to terminate this agreement as of the date the permit is no longer valid.

15. **Law Governing this Agreement**

This employment agreement shall be governed by, construed and interpreted in accordance with the Laws of The Bahamas. In the event of dispute, the Laws of The Bahamas shall apply, and the Company and the Employee agree that all disputes of any nature arising out of or in any way related to Employee's employment or to any other dispute with the Company, including for death, personal injury, illness, medical care, wages and benefits, whether brought under common law, contract or statutory grounds shall be resolved by mandatory arbitration in the Bahamas with one arbitrator mutually agreed by the parties. The arbitration shall be administered by the American Arbitration Association under its International Center for Dispute Resolution Procedures. Each side shall share equally the cost of any arbitration and each side shall bear its own attorney's fees and costs associated with the arbitration.

16. **Agreement Contains all Terms**

Except for any provision that applies by virtue of law, this Agreement constitutes the full commitments that have been extended to Employee. If Employee has any questions regarding these commitments or your ability to conform to the Company's

policies and procedures, please inform the Human Resources Manager as soon as possible.

### 17. Amendments

No amendments or modifications to this employment agreement shall be valid or binding unless made in writing and signed by both parties and specifying the date on which they shall come in to operation.

### 18. Capacity of Parties to Sign

Both the Company and the Employee warrant that they have the requisite capacity, authority and permission to enter into this Agreement.

Employee Signature _____   Date 3/8/2019
**Emigdio Antonio De Gracia Alaín**

HR Representative _____   Date February 20, 2019
**Olivier Colimon**